■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS LIVINGSTON, Appellant. [928 NYS2d 473]—

Contrary to the defendant's contention, the Supreme Court's order adequately sets forth the findings of fact and conclusions of law upon which its determination was based (*see* Correction Law § 168-n [3]; *cf. People v Burke*, 68 AD3d 1175, 1176 [2009]). Moreover, the record on appeal permits meaningful appellate review of the propriety of the Supreme Court's risk-level determination.

The Supreme Court properly determined that the defendant was not entitled to a downward departure from his presumptive risk-level assessment and, thus, he was properly designated a level three sex offender (*see People v Smith*, 85 AD3d 891 [2011]; *People v Sivells*, 83 AD3d 1027 [2011]; *People v Bussie*, 83 AD3d 920 [2011], *lv denied* 17 NY3d 704 [2011]). Rivera, J.P., Covello, Florio and Lott, JJ., concur.